IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MGJ,** *et al.* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 17-318** |
| | : | |
| **SCHOOL DISTRICT OF PHILADELPHIA,** *et al.* | : | |

# ORDER

**AND NOW**, this 2nd day of November 2017, upon considering the Defendants Carson Valley and Philadelphia School District's Motions for Summary Judgment (ECF Doc. Nos. 51, 54), Plaintiffs' Cross-Motion for partial summary judgment on its claim for attorney's fees under a settlement agreement (ECF Doc. No. 60), Responses (ECF Doc. Nos. 63, 65, 68) and for reasons in the accompanying Memorandum, it is **ORDERED:**

1. Defendants' Motions for summary judgment (ECF Doc. Nos. 51, 54) are **GRANTED** as to all claims but **DENIED** as to the state law claim of negligence against Carson Valley Children's Aid which involves genuine issues of material fact requiring a jury trial;

2. Plaintiffs' Cross-Motion for partial summary judgment (ECF Doc. No. 60) is **GRANTED in part** as there are no genuine issues of material fact as to Defendant School District's obligation to pay attorney's fees under the settlement agreement and those attorney's fees are largely reasonable and necessary under the agreed terms in the sum of **$19,636.60** to be paid to Plaintiffs no later than January 2, 2018;

3. As all claims possibly within our subject matter jurisdiction have been resolved, we decline to exercise supplemental jurisdiction over Plaintiffs' negligence claim against Carson Valley Children's Aid without prejudice to be timely filed in state court; and,

4. The Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**